Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Casualty Company,<br><br>                    Plaintiff(s),<br><br>  v.<br><br>Granite State Insurance Company,<br><br>                    Defendant(s). | Case No: C 18-1476<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

    I, Melissa M. Mulloy, an active member in good standing of the bar of State of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, National Casualty Company in the above-entitled action. My local co-counsel in this case is Bryan Barber (#118001), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Larson King, LLP, 30 E. 7th St., 2800 Wells Fargo Place, St. Paul, MN 55101 | Barber Law Group, 525 University Ave., Suite 600, Palo Alto, CA 94301 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (651) 312-6500 | (415) 273-2930 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mmulloy@larsonking.com | bbarber@barberlg.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 275499.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/02/18                                    Melissa M. Mulloy
                                                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Melissa M. Mulloy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/3/2018

                                                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

MELISSA MAE MULLOY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 10, 1997

Given under my hand and seal of this court on

March 12, 2018

Emily J. Eschweiler, Director
Office of Lawyer Registration



Sheila T. Reiff
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*MELISSA MAE MULLOY*

*was admitted to practice as an attorney within this state on January 9, 2014 and is presently in good standing in this court.*

Dated: March 26, 2018

*SHEILA T. REIFF*
*Clerk of Supreme Court*