Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

National Casualty Company,

          Plaintiff(s),

v.

Granite State Insurance Company,

          Defendant(s).

Case No: C 18-1476

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Keith A. Dotseth, an active member in good standing of the bar of State of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, National Casualty Company in the above-entitled action. My local co-counsel in this case is Bryan Barber (#118001), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Larson King, LLP, 30 E. 7th St., 2800 Wells Fargo Place, St. Paul, MN 55101 | Barber Law Group, 525 University Ave., Suite 600, Palo Alto, CA 94301 |
| MY TELEPHONE # OF RECORD: (651) 312-6500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 273-2930 |
| MY EMAIL ADDRESS OF RECORD: kdotseth@larsonking.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: bbarber@barberlg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 210304.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/23/18

                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/3/2018

                                     UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

KEITH A. DOTSETH

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 1990

Given under my hand and seal of this court on

March 12, 2018

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration