BRYAN BARBER, State Bar No. 118001
bbarber@barberlg.com
BARBER LAW GROUP
525 University Avenue, Suite 600
Palo Alto, CA 94301
Telephone:     (415) 273-2930
Facsimile:      (415) 273-2940

KEITH DOTSETH, *admitted pro hac vice*
kdotseth@larsonking.com
MELISSA MULLOY, *admitted pro hac vice*
mmulloy@larsonking.com
2800 Wells Fargo Place
30 East Seventh Street
Saint Paul, MN 55105
Telephone:     (651) 312-6500
Facsimile:      (651) 312-6618

Attorneys for Plaintiff
NATIONAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Casualty Company,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Granite State Insurance Company,<br><br>    Defendant(s). | Case Number: C 18-1476<br><br>**RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner National Casualty Company voluntarily dismisses the claims in its Complaint in the above-captioned matter without prejudice, with each party to bear its own costs and fees.

Date: April 24, 2018

/s/ Melissa Mulloy
Keith A. Dotseth (*admitted pro hac vice*)
Melissa Mulloy (*admitted pro hac vice*)
LARSON • KING, LLP
2800 Wells Fargo Place
30 East Seventh Street
Saint Paul, Minnesota 55101
(651) 312-6500

And

Bryan Barber
Barber Law Group
525 University Ave Suite 600
Palo Alto, California 94301
Tel.: 415-273-2930
Fax: 415-373-2940
bbarber@barberlg.com

***Counsel for Petitioner National Casualty Company***

**ORDER FOR DISMISSAL**

Based upon Petitioner National Casualty Company's Notice of Dismissal prior to an Answer or other pleading being submitted by Respondent Granite State Insurance Company, IT IS SO ORDERED that Petitioner's claims shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.

DATED: 4/30/2018

Honorable Haywood S. Gilliam Jr.
United States District Court Judge